## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 14-cv-1979-WJM-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STOCK ASYLUM LLC, and
RONALD ROVTAR

    Defendants,

CHERRY CREEK PROPERTIES, LLC,

    Garnishee.

## GARNISHEE ORDER

This matter is before the court on Plaintiff's Motion for Entry of Garnishee Order filed April 2, 2015 (ECF No. 25). The Court having reviewed the Motion here by ORDERS as follows:

The Plaintiff's Motion is GRANTED. Garnishee Cherry Creek Properties, LLC shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payment until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Payment Instructions: Checks shall be made payable to U.S. Department of Justice and mailed to:

    US Attorney's Office
    Attention: Financial Litigation Unit
    1225 17th Street, Suite 700
    Denver, CO 80202

Please include the following information on each check:

    Name of Defendant:  Ronald Rovtar
    Case Number:    14-cv-1979-WJM-NYW
    CDCS Number:    2015A27343


Dated this 2nd day of April, 2015.

              BY THE COURT:

              _____
              William J. Martinez
              United States District Judge